# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tredell Barnes            **Docket Number:** 04-00518-002
                                                                                **PACTS Number:** 40065

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
                                                           UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/18/2005

**Original Offense:** BANK ROBBERY BY FORCE OR VIOLENCE

**Original Sentence:** 96 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release           **Date Supervision Commenced:** 08/26/11

**Assistant U.S. Attorney:** Philip Degnan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'Unlawful substance use'** |
| | The offender was released from Bureau of Prisons custody on August 25, 2011 and tested positive for heroin on August 28, 2011. The offender was subsequently referred for intensive outpatient substance abuse treatment at the Open Door, Incorporated. The offender tested positive for heroin again on October 13, 2011 and continued intensive outpatient treatment. |
| | On February 2, 2012, the offender tested positive for heroin. On March 1, 2012 the offender tested positive for benzodiazepine, codeine, and heroin. On March 19, 2012 the offender admitted to using ecstasy following a car accident and was instructed to report back to Open Door, Incorporated for counseling. |
| 2 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT** |

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The Open Door, Incorporated contacted this officer on March 21, 2012 to advise the offender has been terminated from treatment for repeated drug use and failure to attend treatment.

I declare under penalty of perjury that the foregoing is true and correct.

By: Blair Janulis
U.S. Probation Officer
Date: 3/26/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/26/12 @ 1:30 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/4/12
Date