# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 04-518 |
| TREDELL BARNES | : | <u>ORDER</u> |

This matter having come before the Court on the petition (the "Petition") of the United States Probation Office for a hearing regarding the failure of defendant Tredell Barnes (Kevin Carlucci, AFPD, appearing) to comply with certain conditions of supervised release; and defendant having pleaded guilty to violating Count 1 of the Petition, which charged him with violating the mandatory supervision condition regarding "unlawful substance abuse"; and for good cause shown;

IT IS on this 16th day of May, 2012,

ORDERED that defendant's sentence for violation of Count 1 of the Petition is stayed pending successful completion of an in-patient drug treatment program; and

IT IS FURTHER ORDERED that defendant is hereby released to the custody of the United States Probation Office for transport to an in-patient drug treatment program.

HONORABLE JOSE L. LINARES
United States District Judge